NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

————————————

**LIONRA TECHNOLOGIES LTD.,**
*Plaintiff-Appellant*

**v.**

**CISCO SYSTEMS, INC.,**
*Defendant-Appellee*

————————————

2024-2153

————————————

Appeal from the United States District Court for the Eastern District of Texas in No. 2:23-cv-00207-JRG, Chief Judge J. Rodney Gilstrap.

--------------------------------------------------

**LIONRA TECHNOLOGIES LTD.,**
*Plaintiff-Appellant*

**v.**

**FORTINET, INC.,**
*Defendant-Appellee*

————————————

2024-2173

————————————

2      LIONRA TECHNOLOGIES LTD. v. CISCO SYSTEMS, INC.

Appeal from the United States District Court for the Eastern District of Texas in No. 2:23-cv-00206-JRG, Chief Judge J. Rodney Gilstrap.

------

## ON MOTION

------

## O R D E R

Upon consideration of the court's November 21, 2024 order and ECF No. 18 in Appeal No. 2024-2153, which the court construed as a motion to dismiss Appeal No. 2024-2173 pursuant to Rule 42(b)(2) of the Federal Rules of Appellate Procedure,

IT IS ORDERED THAT:

(1)  The motion is granted.  The official captions are revised as reflected in this order, and Appeal No. 2024-2173 is voluntarily dismissed.

(2)  Each side shall bear its own costs as to Appeal No. 2024-2173.

(3) The Clerk of Court shall transmit a copy of this order to the merits panel assigned to this case.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

December 5, 2024
Date

ISSUED AS A MANDATE (as to Appeal No. 2024-2173 only):  December 5, 2024